UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARL SHUBITOWSKI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GW PHARMACEUTICALS PLC, GEOFFREY GUY, JUSTIN GOVER, CABOT BROWN, DAVID GRYSKA, CATHERINE MACKEY, JAMES NOBLE, ALICIA SECOR, and WILLIAM WALDEGRAVE,<br><br>　　　　　Defendants. | Case No.: 21-cv-2668 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: April 19, 2021

　　　　　　　　　　　　　　　　　　　　**MOORE KUEHN, PLLC**

　　　　　　　　　　　　　　　　　　　　*/s/Justin Kuehn*
　　　　　　　　　　　　　　　　　　　　Justin A. Kuehn
　　　　　　　　　　　　　　　　　　　　Fletcher W. Moore
　　　　　　　　　　　　　　　　　　　　30 Wall Street, 8th floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10005
　　　　　　　　　　　　　　　　　　　　Tel: (212) 709-8245
　　　　　　　　　　　　　　　　　　　　jkuehn@moorekuehn.com
　　　　　　　　　　　　　　　　　　　　fmoore@moorekuehn.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*